SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

*Local Counsel*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUICHI MURAKAMI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SYNEOS HEALTH, INC., ALISTAIR MACDONALD, GREGORY RUSH, and JASON MEGGS, <br><br> Defendants. | Case No.:  3:19-cv-07377-MAS-LHG <br><br> Hon. Michael A. Shipp |

## NOTICE OF MOTION TO INTERVENE, STRIKE THE MURAKAMI LEAD PLAINTIFF DEADLINE, AND TRANSFER TO <u>THE EASTERN DISTRICT OF NORTH CAROLINA</u>

PLEASE TAKE NOTICE that proposed intervenors San Antonio Fire & Police Pension Fund and El Paso Firemen & Policemen's Pension Fund ("Texas Pension Funds"), by their counsel, will respectfully move the Honorable Michael A. Shipp, United States District Judge, on May 6, 2019, or such other date and time as the Court may set, for the entry of an order, pursuant to Rule 24 of the Federal Rules of Civil Procedure: (1) permitting the Texas Pension Funds to intervene in the above-captioned action; (2) striking the lead plaintiff deadline purportedly established by plaintiff Yuichi Murakami ("Murakami"); (3) requiring publication of a corrected notice, explaining that the lead plaintiff deadline expired on January 30, 2018; (4) transferring this action, pursuant to 28 U.S.C. §1404(a), to the Eastern District of North Carolina to be consolidated with the related, pending action: *Vaitkueviene v. Syneos Health, Inc. et al.*, No. 5:18-cv-00029-H-KS (E.D.N.C.); and (5) for any such further relief as the Court may deem just and proper.  In support of this Motion, the Texas Pension Funds submit a Memorandum of Law and the Declaration of Christopher A. Seeger and exhibits thereto, filed concurrently herewith.

DATED:  March 28, 2019          SEEGER WEISS LLP

                                          *s/ Christopher A. Seeger*
                                  CHRISTOPHER A. SEEGER

- 1 -

DAVID R. BUCHANAN
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973/639-9100
973/639-9393 (fax)

*Local Counsel for Proposed Intervenors San
Antonio Fire & Police Pension Fund and El Paso
Firemen & Policemen's Pension Fund*

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
SABRINA E. TIRABASSI
ANDREW T. REES
CONSTANTINE P. ECONOMIDES
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
stirabassi@rgrdlaw.com
arees@rgrdlaw.com
ceconomides@rgrdlaw.com

*Attorneys for Proposed Intervenors San Antonio
Fire & Police Pension Fund and El Paso Firemen
& Policemen's Pension Fund*

- 2 -

## CERTIFICATE OF SERVICE

I, Christopher A. Seeger, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and papers copies will be sent to those indicated as non-registered participants on March 28, 2019.

*s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
