SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
DAVID R. BUCHANAN
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/639-9393 (fax)

*Local Counsel*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUICHI MURAKAMI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SYNEOS HEALTH, INC., ALISTAIR MACDONALD, GREGORY RUSH, and JASON MEGGS, <br><br> Defendants. | Case No.:  3:19-cv-07377-MAS-LHG <br><br> Hon. Michael A. Shipp |

## DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF THE TEXAS PENSION FUNDS' MOTION TO INTERVENE, STRIKE THE MURAKAMI LEAD PLAINTIFF DEADLINE, AND TRANSFER TO THE EASTERN DISTRICT OF NORTH CAROLINA

I, Christopher A. Seeger, declare as follows:

1.     I am a member in good standing of the bars of the State of New Jersey and of this Court. I am a partner of the law firm Seeger Weiss LLP, local counsel for San Antonio Fire & Police Pension Fund and El Paso Firemen & Policemen's Pension Fund ("Texas Pension Funds"), proposed intervenors and the court-appointed lead plaintiffs in *Vaitkueviene v. Syneos Health, Inc. et al.*, No. 5:18-cv-00029-H-KS (E.D.N.C.) (the "*Vaitkuevienė* Action").  I submit this declaration in support of the Texas Pension Funds' Motion to Intervene, Strike the Murakami Lead Plaintiff Deadline, and Transfer to the Eastern District of North Carolina, in the above-captioned matter.

2.     Attached as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A:   The Amended Complaint for Violation of the Federal Securities Laws, filed in the *Vaitkuevienė* Action, dated July 30, 2018;

EXHIBIT B:   Notice of pendency of the instant action, published by the plaintiff in this action on *Business Wire*, a national, business-oriented newswire service, on March 1, 2019; and

EXHIBIT C:   SEC Form 10-K filed by Syneos Health, Inc., dated February 27, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2019.

                                        *s/ Christopher A. Seeger*
                                        CHRISTOPHER A. SEEGER

- 1 -