# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YUICHI MURAKAMI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SYNEOS HEALTH, INC., ALISTAIR MACDONALD, GREGORY RUSH, and JASON MEGGS, | ) ) ) |
| Defendants. | ) ) ) |

Case No.:  3:19-cv-07377-MAS-LHG

Hon. Michael A. Shipp

**[PROPOSED] ORDER GRANTING THE TEXAS PENSION FUNDS' MOTION TO INTERVENE, STRIKE THE MURAKAMI LEAD PLAINTIFF DEADLINE, AND TRANSFER TO THE EASTERN DISTRICT OF NORTH CAROLINA**

Having considered the San Antonio Fire & Police Pension Fund and El Paso Firemen & Policemen's Pension Fund's ("Texas Pension Funds" or "Lead Plaintiffs") Motion to Intervene, Strike the Murakami Lead Plaintiff Deadline, and Transfer to the Eastern District of North Carolina, the accompanying Memorandum of Law, and the Declaration of Christopher A. Seeger in support thereof, and good cause appearing therefor:

1.      The Texas Pension Funds' motion to intervene is GRANTED pursuant to Fed. R. Civ. P. 24(a)(2);

2.      The Texas Pension Funds' motion to strike the deadline for the appointment of lead plaintiff set out by Plaintiff Murakami in the notice published, pursuant to the Private Securities Litigation Reform Act of 1995, in conjunction with the above-captioned action is GRANTED.  Prior to April 30, 2019, Plaintiff must publish a corrected notice stating that the lead plaintiff deadline expired on January 30, 2018; and

3.      The Texas Pension Funds' motion to transfer this action to the Eastern District of North Carolina is GRANTED.

IT IS SO ORDERED

DATED: _____

_____
THE HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

- 1 -