**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YUICHI MURAKAMI, Individually and on behalf of all others similarly situated, | Case No: 3:19-cv-07377-MAS-LHG |
| Plaintiff, | Hon. Michael A. Shipp |
| v. | |
| SYNEOS HEALTH, INC., ALISTAIR MACDONALD, GREGORY RUSH, and JASON MEGGS, | |
| Defendants. | |

**PLAINTIFF'S REPLY TO THE RESPONSE OF SYNEOS HEALTH, INC. TO THE TEXAS PENSION FUNDS' MOTION TO INTERVENE, STRIKE THE MURAKAMI LEAD PLAINTIFF DEADLINE, AND TRANSFER TO THE EASTERN DISTRICT OF NORTH CAROLINA**

Plaintiff Yuichi Murakami ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, writes to reply briefly to the issues raised in Defendant Syneos Health, Inc. ("Syneos")' Response ( the "Response") to the Texas Pension Funds' Motion to Intervene, Strike the Murakami Lead Plaintiff Deadline, and Transfer to the Eastern District of North Carolina (the "Motion").

1

First, Syneos' argument in reliance upon the PSLRA, 15 U.S.C.§ 78u-4(a)(3)(B)(ii), is misplaced. This provision, by its terms, applies only when, "more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed…" As previously argued in Plaintiff's Response to the Motion, this action does not assert the same (or even similar) claims to those alleged in the *Vaitkuvienė* Action.

Second, Syneos suggestion that the allegations contained in Plaintiffs' complaint are somehow dispelled by the Syneos' subsequent Form 10-K (Exhibit 1 to Syneos' Response) or Q4 2018 Earnings Call transcript (Exhibit 2 to Syneos' Response) is plainly mistaken. Plaintiffs' Complaint alleges that investors were injured when Syneos announced that it was the target of a U.S. Securities and Exchange Commission ("SEC") investigation. That investigation is, Syneos' officers admit, ongoing. "We got the letter from Division of Enforcement in 21st of Feb and we've had some…dialog with them and we've -- we used kind of some of the areas they wanted to look at, which we put out in the press release around book-to-bill, revenue controls, and forecast to guide that internal review." (Q4 2018 Earnings Call transcript, at pp. 8-9 of 21) "We are cooperating with the SEC in anything that they want, probably anything that we're concerned about in that regard. We don't know how long it will take or what it will constitute, but we are ready to continue that collaboration with them and that cooperation with them and get through it however long it takes." (Q4 2018 Earnings Call transcript, p. 10 of 21) To Plaintiffs' knowledge, the Enforcement Division of the SEC does not open investigations on the basis of immaterial technical defects in the target corporation's financial reporting—they open investigations based upon, at the very least, a reasonable suspicion of fraud. Syneos' reliance upon the issuance of an auditor's letter on its subsequent 10-K does nothing to dispel that. As the admit, their auditor

2

found material deficiencies in Syneos' internal controls. Furthermore,"because of the characteristics of fraud, a properly planned and performed audit may not detect a material misstatement… absolute assurance that financial statements are free of material misstatement due to fraud or error is not attainable and thus even a properly planned and performed audit may not detect a material misstatement resulting from fraud ..." *In re Longtop Financial Technologies Ltd. Securities Litigation*, 910 F.Supp.2d 561, 575-76, fn. 97 (citing Public Company Accounting Oversight Board, AU §§ 230, 316.12).

With respect to the motion to transfer, Plaintiff humbly requests that the Court defer to his choice of forum in the absence of any showing that the District of New Jersey would be materially inconvenient to Defendants.

3

Dated: April 29, 2019           Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

4

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this this document will be filed through the ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 29, 2019.

/s/ *Laurence M. Rosen*
Laurence M. Rosen