# EXHIBIT 1

**BRANDYWINE PROCESS SERVERS, LTD**
P.O. BOX 1360
WILMINGTON, DE 19899

Bill To  **THE ROSEN LAW FIRM, PA**
**275 MADISON AVE.**
**34TH FL**
**NEW YORK, NY, 10016**

EMAIL: brandywineps@comcast.net

302-475-2600　　　TAX ID 51-0267938

**INVOICE # 17150**

# INVOICE

**DATE 10/17/2019**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | YUICHI MURAKAMI　V　SYNEOS HEALTH INC |  |
| 10/17/19 | SYNEOS HEALTH INC | $69.00 |

Amount Paid　$0.00

TERMS: PAYMENT DUE 20 DAYS

**AMOUNT DUE**　**$69.00**

Civil Action No.  3:19-CV-07377-MAS-LHG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  SYNEOS HEALTH, INC.

was received by me on *(date)*  10/17/19

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  TERRY HUNT (authorized person at the agent) , who is

designated by law to accept service of process on behalf of *(name of organization)* SYNEOS HEALTH, INC.

C/O UNITED AGENT GROUP INC. 3411 SILVERSIDE RD. WILMINGTON, DE 19810  on *(date)*  10/17/19  AT 1:00 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/17/19

_____
*Server's signature*

KEVIN S. DUNN          PROCESS SERVER
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, CLASS ACTION COMPLAINT, CIVIL COVER SHEET,
DISCLOSURE STATEMENT, CERTIFICATION AND AUTHORIZATION OF
NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAW

SWORN TO ON 10/17/19

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**YUICHI MURAKAMI,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**SYNEOS HEALTH, INC., ET AL.,**
*Defendant*

CASE
NUMBER: **3:19–CV–07377–MAS–LHG**

TO: *(Name and address of Defendant):*

Syneos Health, Inc.
c/o United Agent Group Inc.
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810
Tel: (561) 508-5033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



**ISSUED ON 2019–03–04 08:37:15**, Clerk
USDC NJD