# EXHIBIT 2

# AFFIDAVIT OF PROCESS – INDIVIDUAL/BUSINESS

**United States District Court**
**District of New Jersey**

Yuichi Murakami
 Plaintiff

V.                                                          Case Number: 3:19-CV-07377-MAS-LHG

Syneos Health, Inc., Gregory Rush,
ET AL.,
Defendants

State of North Carolina
County of Durham

<u>Fred Lane,</u> undersigned, being duly sworn, deposes and says that at the time of service, he was over the age of twenty-one, was not a party to this action:

On the <u>17th of October  2019</u> at <u>2:40p.m.</u> at <u>2520 Meridian Pkwy. Ste. 200</u>  City of <u>Durham</u>  State of North Carolina <u>27713</u>

The undersigned served the documents described as:  <u>Civil Cover Sheet; Summons; Corporate Disclosure Statement; Murakami PSLRA & Syneos Complaint</u>

A true and correct copy of the aforesaid document(s) was served on:  <u>Gregory Rush</u>

_____ By personally delivering them into the hands of the person to be served.

_____X_____ By delivering them into the hands of<u>: Beth Neece</u>
                        a person of suitable age and discretion as the<u>:  Receptionist</u>

Person receiving the documents is described as follows:
     Sex:  <u>Female</u>  Race: <u>White</u>  Approx. Age:<u> 60ish</u>   Approx. Height:<u>  5'2"</u>
     Approx. Weight:<u> 130</u>   Hairs: <u>Brown</u>  Facial Hair:<u> No</u>    Glasses: <u>Yes</u>

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

Sworn to and Subscribed before me this            Undersigned declares under penalty of
<u>17th</u> Day of <u>October</u>, 2019                        perjury that the foregoing is true and correct.

_____                        _____
        **Notary Public**                                  875 Walnut Street Cary, NC 27511
                                                              **Address**

ALLISON CAMMARATA
Notary Public, North Carolina
Wake County
My Commission Expires
June 21, 2022