# EXHIBIT 3

# AFFIDAVIT OF PROCESS – INDIVIDUAL/BUSINESS

**United States District Court**
**District of New Jersey**

Yuichi Murakami
 Plaintiff

V.                                                    Case Number: 3:19-CV-07377-MAS-LHG

Syneos Health, Inc., Jason Meggs,
ET AL.,
Defendants

State of North Carolina
County of Wake

Fred Lane, undersigned, being duly sworn, deposes and says that at the time of service, he was over the age of twenty-one, was not a party to this action:

On the 21st of October 2019 at 11:30a.m. at 1030 Sync Street City of Morrisville State of North Carolina 27560

The undersigned served the documents described as: Civil Cover Sheet; Summons; Corporate Disclosure Statement; Murakami PSLRA & Syneos Complaint

A true and correct copy of the aforesaid document(s) was served on: Jason Meggs

_____X_____ By personally delivering them into the hands of the person to be served.

_____By delivering them into the hands of: _____
                        a person of suitable age and discretion as the: _____

Person receiving the documents is described as follows:
     Sex:  Male  Race: White  Approx. Age: 40ish   Approx. Height:   6'0"
     Approx. Weight: 170   Hairs: Salt Pepper   Facial Hair: No    Glasses:  No

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

Sworn to and Subscribed before me this
21st Day of October , 2019

_____
Notary Public

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
875 Walnut Street Cary, NC 27511
Address



ALLISON CAMMARATA
Notary Public, North Carolina
Wake County
My Commission Expires
June 21, 2022