# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**YUICHI MURAKAMI,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**SYNEOS HEALTH, INC., ET AL.,**
*Defendant*

CASE
NUMBER: **3:19–CV–07377–MAS–LHG**

TO: *(Name and address of Defendant)*:

Jason Meggs
c/o Brian Frawley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**

CLERK



ISSUED ON 2019–03–04 08:37:15, Clerk
USDC NJD

Scanned by CamScanner

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-CV-07377-MAS-LHG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JASON MEGGS  C/O BRIAN FRAWLEY ESQ

was received by me on *(date)*            10/31/2019

☐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   DAVID LIEBOV MANAGING CLERK                , who is

designated by law to accept service of process on behalf of *(name of organization)*   JASON MEGGS C/O

BRIAN FRAWLEY ESQ SULLIVAN & CROMWELL LLP        on *(date)*        11/04/2019        ; or

☐ I returned the summons unexecuted because                                      ; or

☐ Other *(specify):*

My fees are S               for travel and $               for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:        11/04/2019

*Server's signature*

MANUEL BAYO PROCESS SERVER
*Printed name and title*

125 LONG HILL RD LITTLE FALLS NJ 07424

*Server's address*

Additional information regarding attempted service, etc:

Scanned by CamScanner